```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

DATASCI, LLC                        *

         Plaintiff                  *

      vs.                           *   CIVIL ACTION NO. MJG-09-1611

MEDIDATA SOLUTIONS, INC.            *

         Defendant                  *

*       *       *       *       *       *       *       *       *
```

## REVISED SCHEDULING ORDER

In accordance with the Court's discussion with counsel, the case shall proceed as follows:

1. Plaintiff expeditiously shall undertake an inspection of certain documents and software with the assistance of a Special Master ("the Inspection").

2. By the date that is one month after the completion of the Inspection, each party shall:

   a. Advise each adverse party of the identity of all proposed expert witnesses as to matters which the proposing party bears the burden of proof.

   b. Provide Rule 26(a)(2) information.

   c. Advise each adverse party of dates within 30 days on which each expert shall be available for deposition so that depositions can be taken.

3. By the date that is two months after the completion of the Inspection, each party shall:

   a. Advise each adverse party of the identity of any proposed expert witnesses not identified in the previous submission.

    b. Provide Rule 26(a)(2) information.

    c. Advise each adverse party of dates within 30 days on which each expert shall be available for deposition so that depositions can be taken.

4. Any summary judgment motions shall be filed by the date that is three months and three weeks after the completion of the Inspection.

5. Trial, presently anticipated to be held during September or October, shall be scheduled by further Order.

SO ORDERED, on <u>Thursday, March 25, 2010</u>.

/s/
Marvin J. Garbis
United States District Judge
