**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **DATASCI, LLC,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. MJG-09-1611 |
| **MEDIDATA SOLUTIONS, INC.,** | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

The Court, having been advised that Medidata's Motion for Protective Order to Prevent Plaintiff DataSci, LLC from Proceeding with Its Request for Entry upon Land (Paper No. 71) has been resolved by agreement between the parties, denies the same as moot.

Dated:   March 26, 2010                          /s/
                                                                 James K. Bredar
                                                                 United States Magistrate Judge