IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| DATASCI, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MEDIDATA SOLUTIONS, INC., <br><br> Defendant/Counter-Plaintiff. | Civil Action No.: 09-1611-MJG |

### AFFIDAVIT OF SPECIAL MASTER

I, Jay H. Reiziss, hereby state pursuant to Fed. R. Civ. P. 53(b)(3) that I have no relationship to the parties, attorneys, action, or court that would require disqualification under 28 U.S.C. § 455.

Sworn to this 29th day of March, 2010.

Jay H. Reiziss, Esq.
Brinks Hofer Gilson & Lione