```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

DATASCI, LLC                       *

          Plaintiff                *

     vs.                           *   CIVIL ACTION NO. MJG-09-1611

MEDIDATA SOLUTIONS, INC.           *

          Defendant                *

*         *      *      *      *      *      *      *      *
```

ORDER RE: PENDING MOTIONS

Pursuant to the discussion this date with counsel for the parties and Intervenor AstraZeneca Pharmaceuticals LP:

1. The Motion of Intervenor AstraZeneca Pharmaceuticals LP for a Protective Order [Document 157] remains pending without any response required.

2. Defendant Medidata Solutions, Inc.'s Motion for an Amended Scheduling Order and to Fix Deadlines [Document 153] is DENIED WITHOUT PREJUDICE.

SO ORDERED, on Thursday, July 15, 2010.

                              _____/s/_____
                              Marvin J. Garbis
                           United States District Judge