IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| DATASCI, LLC, | ) | |
| | ) | |
| Plaintiff/Counter | ) | |
| Defendant, | ) | |
| | ) | **Civil Action No. 09-1611-MJG** |
| vs. | ) | |
| | ) | |
| MEDIDATA SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant/Counter | ) | |
| Plaintiff. | ) | |

**DATASCI LLC'S EXPEDITED MOTION FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO MEDIDATA SOLUTIONS INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, DataSci LLC ("DataSci") respectfully moves for an extension of time to respond to Medidata Solutions Inc.'s ("Medidata") Motion for Partial Summary Judgment. The current deadline to respond is September 7. DataSci respectfully requests an extension up to and until September 21, 2010, to file its response.

Pursuant to Local Rule 105.9, DataSci contacted counsel for Medidata on August 25, 2010, to inquire if Medidata would consent to DataSci's request for an extension. (Ex. 1). DataSci's counsel followed up on its request on August 26, 2010. (Ex. 2). Medidata's counsel responded that they were not authorized to consent to DataSci's request and that the necessary client contact was not available. (Ex. 3).

DataSci requests the extension because due to several scheduling conflicts that are unavoidable and cannot be rescheduled. (Ex. 1). One attorney is scheduled to be out of the office due to surgery on a family member that requires his extensive involvement. Another

1

3717591

DataSci attorney is undergoing surgery and will be out of the office for at least two weeks. Other DataSci attorneys have hearings scheduled in other cases.  Additionally, two DataSci attorneys have to be out of town to assist their children in moves to college.

For the foregoing reasons, these events, coupled with the requisite time necessary to properly respond to Medidata's motion, support a request for an extension of the deadline to file DataSci's response to Medidata's Motion for Partial Summary Judgment from September 7 to September 21, 2010.  DataSci respectfully requests, therefore, that the deadline for filing its response be extended until September 21, 2010.

Dated:  August 27, 2010

Respectfully submitted,

/s/ Richard J. Oparil
Gerard P. Martin (Bar No. 00691)
ROSENBERG MARTIN GREENBERG, LLP
25 South Charles Street, Suite 2115
Baltimore, MD 21201
(410) 727-6600
(410) 727-1115 (fax)

Richard J. Oparil (Bar No. 13063)
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (fax)

3717591

Kevin M. Bell (Bar No. 14382)
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000
(703) 744-8001 (fax)


*Attorneys for Plaintiff DataSci, LLC*

*Of Counsel:*

Scott A.M. Chambers, Ph.D.
William John McKeague, Ph.D.
Lacy Kolo, Ph.D.
Christopher Adams
PATTON BOGGS LLP
8484 Westpark Drive
McLean, VA 22102
(703) 744-8000
(703) 744-8001 (fax)

3717591

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2010 a copy of the foregoing **DATASCI LLC'S EXPEDITED MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE, RELIEF FROM THE PROTECTIVE ORDER TO FILE A NEW COMPLAINT** was served on the following parties by electronic mail:

> Savalle S. Sims, Esq.
> Janine A. Carlan, Esq.
> Arent Fox LLP
> 1050 Connecticut Avenue, NW
> Washington, DC 20036-5339
> (202) 857-8948
> (202) 857-6395 (fax)


/s/ William John McKeague
William John McKeague

4

3717591