```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

DATASCI, LLC                          *

        Plaintiff             *

    vs.                           *   CIVIL ACTION NO. MJG-09-1611

MEDIDATA SOLUTIONS, INC.              *

        Defendant             *

\*    \*    \*    \*    \*    \*    \*    \*    \*

MEMORANDUM AND ORDER RE: STAY

The Court has before it the Joint Motion to Stay Case Pending the Outcome of Settlement Discussions [Document 259].

The parties state that they agree to have "face to face discussions without their litigation counsel." With that agreement, the clients may be able to find a way to reach an agreed resolution.

Accordingly:

1. The Joint Motion to Stay Case Pending the Outcome of Settlement Discussions [Document 259] is GRANTED.

2. All existing deadlines are hereby rescinded and shall be re-established by further Order, if necessary.

3. The parties shall provide a status report on settlement efforts – without disclosing settlement positions by November 30, 2011.

SO ORDERED, on Thursday, November 03, 2011.

                                                    /s/
                                      Marvin J. Garbis
                             United States District Judge